THERESA L. KITAY, Esq. (SBN 237311)
THERESA L. KITAY, ATTORNEY AT LAW
P.O. Box 597
Oak Island, NC  28465
Telephone:  (910) 250-1982
Facsimile:  (770) 454-0126
tkitay@kitaylaw.net

Attorneys for Defendant
8715 BURTON TOWER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, on behalf of itself and its members; ANNA MARIE WIGGINS, an individual, on behalf of ROBERT AARON MCKISSICK,<br><br>Plaintiffs,<br><br>v.<br><br>8715 BURTON TOWER, INC., and DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | No.  2:20-cv-04410-JRW-MRW<br><br>ANSWER TO COMPLAINT ALLEGING DISCRIMINATORY PRACTICES UNDER 42 U.S.C. §3600 *et seq.*; CAL GOV'T CODE 12925, 12927, 12955; and CAL CIVIL CODE §§ 51, 52, 54.3 |

Defendant 8715 BURTON TOWER, INC., by and through its undersigned counsel, hereby answers, objects, and otherwise responds to the above-styled Complaint as follows:

**INTRODUCTION**

1.   Paragraph 1 of the complaint requires no response from Defendant.

**JURISDICTION AND VENUE**

2.   Paragraph 2 of the complaint is Plaintiffs' statement of the jurisdiction and venue of this Court and requires no response from Defendant; to the extent any such response is required, Defendant admits jurisdiction and venue in this Court is proper.

## SUPPLEMENTAL JURISDICTION

**3.** Paragraph 3 of the complaint is Plaintiffs' statement of the supplemental jurisdiction of this Court and requires no response from Defendant; to the extent any such response is required; Defendant contends this Court should not exercise its discretionary power of supplemental jurisdiction because Plaintiffs have failed to state a claim for relief conferring federal subject matter jurisdiction.

## NAMED DEFENDANTS AND NAMED PLAINTIFFS

4. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraphs 4 and 5 of the complaint and therefore denies the same, including any claim to legal standing of the named plaintiffs.

5. Defendant admits that it is the owner of Burton Towers Apartments located at 8715 Burton Way, Los Angeles, CA 90048. Defendant denies the remaining allegations of paragraph 6 of the complaint.

6. Defendant lacks knowledge or information sufficient to form a belief as to the identity of Defendants Does 1 through 10, and therefore as to any allegations regarding the Doe Defendants, and therefore denies the allegations of paragraph 7 of the complaint.

## CONCISE SET OF FACTS

7. Defendant lacks knowledge or information sufficient to form a belief as to the allegations of the individual abilities of the Plaintiffs and the Plaintiff Club's members as asserted in paragraphs 8-12 of the complaint and therefore denies the same. Defendant denies the remaining allegations of paragraphs 8-12 of the complaint.

8. Defendant admits that the apartments at the Property are offered for rent on internet websites and admit that Defendant does not provide a TTY number for the Property. Defendant denies that either of these admissions constitute a colorable claim for relief for Plaintiffs, and denies the remaining allegations of paragraphs 13-14 of the complaint.

9. Defendant admits that it provides a "contact number" on the internet for rental inquiries. Defendant denies the remaining allegations of paragraphs 15-18 of the complaint.

10. Defendant admits that it provides a "telephone number to call" for information regarding the Property. Defendant denies the remaining allegations of paragraphs 19-24 of the complaint, and specifically denies that the alleged facts constitute a claim that would entitle Plaintiffs to any relief whatsoever.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation that "Plaintiff Club member went to Defendant's apartment facilities at the Property to attempt to access Defendants' rental services" and therefore denies the same. Defendant denies the remaining allegations of paragraph 25, and specifically denies that the alleged facts constitute a claim that would entitle Plaintiffs to any relief whatsoever.

12. Defendant denies the allegations of paragraph 26 of the complaint.

[FIRST CAUSE OF ACTION]

**DISCRIMNATORY PRACTICES IN HOUSING ACCOMMODATIONS – FAIR HOUSING ACT CLAIMS**

13. Paragraph 27 of the complaint is Plaintiffs' statement of their legal standing under the federal Fair Housing Act, and as such, requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations and denies Plaintiffs have legal standing for any claim for relief whatsoever.

**CLAIM I:**

Discrimination in Violation of 42 U.S.C. § 3604(f)(1) – Failure to Have a Policy for Receiving Prospective Tenant Accommodations Requests, Failure to Train Staff, and Failure to Make the Policy Known to the Plaintiffs

14. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-13 of this answer.

15. Defendant denies the allegations of paragraph 28 of the complaint, and denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM II:

### Failure to Engage in Interactive Process in Violation of the Fair Housing Act and California Fair Employment and Housing Act

16. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-15 of this answer.

17. Defendant denies the allegations of paragraph 29 of the complaint, and denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM III:

### Discrimination in Violation of 42 U.S.C. §3604(f)(2)

18. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-17 of this answer.

19. Defendant denies the allegations of paragraph 30 of the complaint, and denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM IV:

### Discrimination in Violation of 42 U.S.C. §3604(f)(3)(A and B only)

20. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-19 of this answer.

21. Paragraph 31 of the complaint is Plaintiffs' statement of certain sections of the federal Fair Housing Act and as such requires no response from Defendant. To the extent any such response is required, Defendant denies Plaintiff's complaint has stated any colorable claim for relief under these sections of the federal Fair Housing Act.

## CLAIM V:

### Discrimination in Violation of 42 U.S.C. §3604(c) as to NSA

22. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-21 of this answer.

23. Defendant denies the allegations of paragraph 32 of the complaint, and denies the allegations state a colorable claim for any relief whatsoever.

ANSWER TO COMPLAINT
CASE NO. 2:20-CV-04410-JFW-MRW
-4-

## SECOND CAUSE OF ACTION:

## VIOLATION OF CALIFORNIA FAIR HOUSING ACT *[sic]*

24. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-23 of this answer.

25. Defendant denies the allegations of paragraph 33 of the complaint, and denies the allegations state a colorable claim for any relief whatsoever.

## THIRD CAUSE OF ACTION:

## CLAIMS UNDER THE AMERICANS WITH DISABILITIES ACT OF 1990

26. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-25 of this answer.

27. Paragraph 34 of the complaint is primarily Plaintiffs' restatement of the content and judicial interpretation of the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM I:

Auxiliary Aids – Failure to Effectively Communicate

28. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-27 of this answer.

29. Paragraph 35 of the complaint is primarily Plaintiffs' restatement of the content and judicial interpretation of the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM II:

Denial of Participation

30. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-29 of this answer.

31. Paragraph 36 of the complaint is primarily Plaintiffs' restatement of the content

the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM III:

### Participation in Unequal Benefit

32. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-31 of this answer.

33. Paragraph 37 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM IV:

### Separate Benefit

34. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-33 of this answer.

35. Paragraph 38 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM V:

### Integrated Settings

36. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-35 of this answer.

37. Paragraph 39 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM VI:

### Failure to Modify Practices, Policies and Procedures

38.  Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-37 of this answer.

39.  Paragraph 40 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM VII:

### Failure to Remove Architectural and Communication Barriers

40.  Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-39 of this answer.

41.  Paragraph 41 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM VIII:

### Failure to Make Alterations Readily Accessible and Usable

42.  Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-41 of this answer.

43.  Paragraph 42 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM IX:

### Administrative Methods

44. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-43 of this answer.

45. Paragraph 43 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM X:

### Screen Out

46. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-45 of this answer.

47. Paragraph 44 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM XI:

### Denial of Full and Equal Access

48. Defendant incorporates and restates herein its admissions, denials, and other responses in paragraphs 1-47of this answer.

49. Paragraph 45 of the complaint is primarily Plaintiffs' restatement of the content the federal Americans with Disabilities Act, and therefore requires no response from Defendant. To the extent any such response is required, Defendant denies the allegations state a colorable claim for any relief whatsoever.

## CLAIM XII:

### Failure to Investigate and Maintain Accessible Features

50. Defendant incorporates and restates herein its admissions, denials, and other

1  responses in paragraphs 1-49 of this answer.

2      51.    Defendants deny the allegations of paragraph 46 of the complaint.

3  **CLAIM XIII:**

4  <u>Association</u>

5      52.    Defendant incorporates and restates herein its admissions, denials, and other
6  responses in paragraphs 1-51 of this answer.

7      53.    Defendants deny the allegations of paragraph 47 of the complaint.

8  **FOURTH CAUSE OF ACTION:**

9  **CLAIMS UNDER CALIFORNIA ACCESSIBILITY LAWS**

10      54.    Defendant incorporates and restates herein its admissions, denials, and other
11  responses in paragraphs 1-53 of this answer.

12      55.    Defendants deny the allegations of paragraphs 48-51 of the complaint.

13      56.    All allegations of the complaint not previously admitted are hereby denied.

14  **DEMAND FOR JUDGMENT FOR RELIEF**

15      57.    Defendant denies that Plaintiffs are entitled to any damages of any sort, including
16  organizational, compensatory, general, or punitive damages.

17      58.    Defendant denies that Plaintiffs are entitled to any injunctive relief.

18      59.    Defendant denies that Plaintiffs are entitled to any attorney fees or costs.

19  **DEFENSES**

20      I.    Plaintiffs have failed to state a claim upon which relief can be granted.

21      II.    Plaintiffs lack standing to sue in this matter as they have suffered no injury or
22  damage in fact or law.

23      III.    Plaintiffs have been notified by Defendant of the lack of any colorable claims for
24  relief in the complaint.

25      IV.    The claims and other legal contentions in the complaint are not warranted by
26  existing law or by a non-frivolous argument for extending, modifying, or reversing existing law
27  or for establishing new law.

  V. The factual contentions in the complaint are boilerplate allegations identical to those in other, related cases concerning other properties filed by Plaintiffs or are cut and pasted from other documents, and therefore lack evidentiary support.

  **WHEREFORE,** Defendant prays for relief as follows:

1. Plaintiffs take nothing by way of the complaint;
2. The complaint be dismissed with prejudice;
3. Judgment be entered in favor of Defendant;
4. No relief be granted to Plaintiffs;
5. Defendant be awarded its attorney's fees to the extent permitted by law;
6. Defendant be awarded its costs of suit incurred herein; and
7. For such other and further relief as the Court deems just and proper.

Date: June 15, 2020

          *s/ Theresa L. Kitay*
          Theresa L. Kitay (SBN 237311)
          Attorney at Law

          Attorney for Defendant 8715 BURTON TOWER, INC.