David C. Wakefield, Esq.   Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA 92131
Tel:  619.485.4300; Fax:  619.342.7755
E-mail:   dcw@DMWakeLaw.com
Attorney for Plaintiffs


Theresa L. Kitay, Esq. (SBN 237311)
Theresa L. Kitay, Attorney At Law
P.O. Box 597
Oak Island, NC  28465
Tel:  (910) 250-1982 ; FaX:  (770) 454-0126
Email:  tkitay@kitaylaw.net
Attorney for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK<br><br>Plaintiffs,<br><br>    v.<br><br>**8715 BURTON TOWER, INC.; And DOES 1 THROUGH 10, Inclusive,**<br><br>Defendants. | Case#: 2:20cv04410-JFW-MRW<br><br>**STIPULATION OF THE PARTIES FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT**<br><br>Hon. John F Walter, United States District Judge<br>Courtroom:       7A<br> 350 West First Street, Los Angeles |

1

Plaintiffs United African Asian Abilities Club (hereinafter "Club") and Plaintiff Anna Wiggins, on the one hand, and Defendant 8715 BURTON TOWER, INC, on the other hand, hereby stipulate to Plaintiffs being granted leave to file their First Amended Complaint with its inclusive Exhibit A To FAC and Exhibit B To FAC, which is collectively attached hereto as Exhibit 1.  Good cause exists for the parties to stipulate and for the court to grant leave to Plaintiffs to file Plaintiffs First Amended Complaint, since it shall conserve the parties' and the court's resources rather than seeking leave through a noticed motion.

Respectfully submitted:

                         Lightning Law, APC

Dated: 09-04-2020

                         By:   /s/David C. Wakefield
                         Attorney for Plaintiffs


Dated: 09-04-2020         Theresa L. Kitay, Attorney At Law


                         By:  /S/   Theresa L Kitay_____
                         Theresa L. Kitay, Esq.
                         Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

September 4, 2020                    Lightning Law, APC

                                    By:   /S/ David C. Wakefield_____
                                                DAVID C. WAKEFIELD, ESQ.
                                                Attorney for Plaintiffs

///

///

///

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

On the date stated below, I served the following document(s) described as the following below on all interested parties in this action by the method stated below:

1. **STIPULATION OF THE PARTIES FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT WITH EXHIBITS A and B**

____ **BY MAIL -** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

____ **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

\_\_\_\_ **VIA FACSIMILE** – I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

**XX** **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(es) indicated.

\_\_\_\_ **BY OVERNIGHT DELIVERY –** I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XX** (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 5, 2020, at San Diego, California.

/s/   David C. Wakefield
DAVID C. WAKEFIELD

5

Case#: 2:20cv04410-JFW-MRW
Stipulation For Plaintiffs To File FAC

## SERVICE LIST

Theresa L. Kitay, Esq. (SBN 237311)

Theresa L. Kitay, Attorney At Law

P.O. Box 597

Oak Island, NC  28465

Telephone:  (910) 250-1982

Facsimile:  (770) 454-0126

Email:  tkitay@kitaylaw.net

Attorney for Defendants